FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL BOLIN,<br><br>  Plaintiff,<br><br>  v.<br><br>FERGUSON ENTERPRISES, LLC,<br><br>  Defendant. | NO: 4:20-CV-5148-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulation of Dismissal with Prejudice, ECF No. 10. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation of Dismissal with Prejudice, **ECF No. 10**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1     **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

2 Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

3 **close this case**.

4     **DATED** July 12, 2021.

                                        *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2